UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

NOAM LAZEBNIK, et al.

    Plaintiffs,

  v.

APPLE, INC.,

    Defendant.

No. C 13-4145 EJD

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    March 13, 2014
Mediator:  John Skelton

    IT IS HEREBY ORDERED that the request to excuse plaintiff Noam Lazebnik from appearing in person at the March 13, 2014, mediation before John Skelton is GRANTED. Dr. Lazebnik shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

February 26, 2014

Dated

By: _____

Maria-Elena James
United States Magistrate Judge