**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOAM LAZEBNIK, M.D., | CASE NO. 5:13-cv-04145 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| APPLE, INC., | |
| Defendant(s). | |

Having reviewed the parties' joint statement (Docket Item No. 38), the court finds that a pretrial conference is premature at this time.

Accordingly, the Preliminary Pretrial Conference scheduled for August 15, 2014, is CONTINUED to **11:00 a.m. on September 26, 2014.** The parties shall file an updated Joint Preliminary Pretrial Conference Statement on or before **September 16, 2014.**

**IT IS SO ORDERED.**

Dated: August 11, 2014

EDWARD J. DAVILA
United States District Judge