MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
VICTORIA L. WEATHERFORD (S.B. #267499)
vweatherford@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NOAM LAZEBNIK, M.D., on behalf of himself and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 5:13-CV-04145-EJD <br><br> JUDGE EDWARD J. DAVILA <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE** <br><br> Complaint filed:  September 6, 2013 <br><br> Trial date:      None set |

1      Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Noam Lazebnik, M.D. ("Plaintiff"), and Defendant Apple Inc. ("Defendant" or "Apple") hereby submit this Stipulation Extending the Fact Discovery Deadline listed in this Court's Stipulation and Order Extending Deadlines in Case Management Order [Dkt. 36] by twenty one (21) days, to September 29, 2014, for the limited purposes of allowing Plaintiff to take: (1) the deposition of Apple employee Josh Lippman, which is currently scheduled for September 16, 2014; (2) any further depositions that become reasonably necessarily in light of the testimony of Mr. Lippman (if any); and (3) the depositions of Apple employees Larry Phillips and Mark Buckley (if necessary).

     As set forth in this Stipulation and the accompanying Declaration of Victoria L. Weatherford ("Weatherford Decl."), the reason for this stipulated request is that Plaintiff has been unable to depose Mr. Lippman before the fact discovery deadline due to Mr. Lippman's scheduling constraints. The parties have previously stipulated to extend Apple's time to respond to Plaintiff's Complaint on two occasions, the case management deadlines on two occasions, including the fact discovery deadline specifically on one of these occasions, and the briefing schedule for Apple's Motion for Judgment on the Pleadings. Accordingly,

     WHEREAS, Plaintiff served its first set of discovery on Apple on January 8, 2014, Apple served its objections and responses to Plaintiff's first set of discovery on February 10, 2014, the parties exchanged initial disclosures on January 24, 2014, Apple served its first set of discovery on Plaintiff on July 3, 2014 and its amended responses to Plaintiff's first set of discovery requests on July 25, 2014, and Plaintiff served its objections and responses to Apple's first set of discovery on August 6, 2014;

     WHEREAS, Plaintiff served its first production of documents on Apple on August 6, 2014, and Apple served its first production of documents on Plaintiff on August 8, 2014, and its second document production on August 15, 2014;

     WHEREAS, Apple deposed named plaintiff Dr. Noam Lazebnik on August 11, 2014, and third party witness Jeremy Tor on August 13, 2014;

1    WHEREAS, Plaintiff will be unable to take the deposition of Josh Lippman before the September 8, 2014 fact discovery deadline because of the witness's schedule;

WHEREAS, although the Parties anticipate that the deposition of Mr. Lippman will be the only other deposition necessary in this matter, since Mr. Lippman has not yet been deposed Plaintiff reserves his right to seek depositions of: (1) Mr. Phillips, (2) Mr. Buckley, and/or (3) others whose testimony becomes reasonably necessarily in light of the testimony of Mr. Lippman (if any).

The parties hereby STIPULATE and agree, subject to Court approval, to extend the September 8, 2014 fact discovery deadline by twenty-one (21) days, to September 29, 2014, for the limited purpose of allowing Plaintiff to take the deposition of Josh Lippman (and the other depositions noted above, if necessary). The extension will not extend the fact discovery period for any other purpose and all other deadlines in the Stipulation and Order Extending Deadlines in the Case Management Order [Dkt. No. 37] will remain unchanged.

Respectfully submitted,

Dated: August 22, 2014

/s/ Victoria L. Weatherford
MATTHEW D. POWERS (CA Bar No. 212682)
VICTORIA L. WEATHERFORD (CA Bar No. 267499)
**O'MELVENY & MYERS, LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8700
(415) 984-8701 (FAX)
*mpowers@omm.com*
*vweatherford@omm.com*

*Counsel for Defendant Apple Inc.*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  August 22, 2014 | /s/ Matthew R. Wilson<br>MATTHEW R. WILSON (CA Bar No. 290473)<br>MICHAEL J. BOYLE, JR. (CA Bar No. 258560) |

Dated:  August 22, 2014

/s/ Matthew R. Wilson
MATTHEW R. WILSON (CA Bar No. 290473)
MICHAEL J. BOYLE, JR. (CA Bar No. 258560)
**MEYER WILSON CO., LPA**
1320 Dublin Road, Suite 100
Columbus, OH  43215
(614) 224-6000
(614) 224-6066 (FAX)
*mwilson@meyerwilson.com*
*mboyle@meyerwilson.com*

NICHOLAS DICELLO  (OH Bar No. 0075745)
(admitted *Pro Hac Vice*)
DANIEL FRECH  (OH Bar No. 0082737)
(admitted *Pro Hac Vice*)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*dfrech@spanglaw.com*

***Counsel for Plaintiff and the Proposed Class***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August 25, 2014

_____
Hon. Edward J. Davila
United States District Judge