MATTHEW R. WILSON (CA State Bar No. 290473)
MICHAEL J. BOYLE (CA State Bar No. 258560)
**MEYER WILSON CO., LPA**
1320 Dublin Road, Suite 100
Columbus, OH  43215
(614) 224-6000
(614) 224-6066 (FAX)
*mwilson@meyerwilson.com*
*mboyle@meyerwilson.com*

NICHOLAS A. DICELLO (OH State Bar No. 075745) (admitted *Pro Hac Vice*)
DANIEL FRECH (OH State Bar No. 0082737) (admitted *Pro Hac Vice*)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*dfrech@spanglaw.com*

(Additional Counsel on Signature Page)

*Counsel for Plaintiff and the Proposed Class*

IT IS SO ORDERED
Judge Edward J. Davila
Dated: 10/21/2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NOAM LAZEBNIK, M.D**.,** on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>APPLE, INC.<br><br>Defendant | Case No. 5:13-CV-04145-EJD<br><br>JUDGE EDWARD J. DAVILA<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

WHEREAS, the above action was filed on September 6, 2013 [Dkt. No. 1];

WHEREAS, on September 19, 2014, the Parties jointly informed the Court that a settlement in principle had been reached in this matter [Dkt. No. 46];

WHEREAS, the Parties have now finalized and executed a Settlement Agreement;

1  WHEREAS, the Settlement Agreement calls for a dismissal of this action with prejudice;

2  WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss an action without a Court order after the filing of an answer only via a stipulation of dismissal "signed by all parties who have appeared";

THEREFORE,

The parties, hereby, STIPULATE and agree to the dismissal of this action with prejudice. The Clerk shall close this file.

Respectfully submitted,

Dated: October 20, 2014

/s/ Matthew R. Wilson
MATTHEW R. WILSON (CA Bar No. 290473)
MICHAEL J. BOYLE, JR.  (CA Bar No. 258560)
**MEYER WILSON CO., LPA**
1320 Dublin Road, Suite 100
Columbus, OH  43215
(614) 224-6000
(614) 224-6066 (FAX)
*mwilson@meyerwilson.com*
*mboyle@meyerwilson.com*

NICHOLAS DICELLO  (OH Bar No. 075745)
(admitted *Pro Hac Vice*)
DANIEL FRECH  (OH Bar No. 0082737)
(admitted *Pro Hac Vice*)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*dfrech@spanglaw.com*

***Counsel for Plaintiff and the Proposed Class***

Dated: October 20, 2014

/s/ Matthew D. Powers (via email authorization)
MATTHEW D. POWERS (CA Bar No. 212682)
VICTORIA L. WEATHERFORD (CA Bar No. 267499)
**O'MELVENY & MYERS, LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8700
(415) 984-8701 (FAX)

2

*mpowers@omm.com*
*vweatherford@omm.com*

***Counsel for Defendant Apple, Inc.***

**ATTESTATION OF FILING**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J. Boyle, Jr., hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: October 20, 2013                    By: /s/ Michael J. Boyle, Jr.
                                                                                        Michael J. Boyle, Jr.
**MEYER WILSON CO., LPA**
1320 Dublin Road, Suite 100
Columbus, OH  43215

*Counsel for Plaintiff and Proposed Class*